Tamisha Lewis-dinge
Name
3148 Aldren Circle
Mailing address
Anchorage AK 99517
City, State, Zip
907-615-0060
Telephone

RECEIVED

SFP 16 2025

CLERK, U.S. DISTRICT COURT
AT ANCHORAGE, AK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Tamisha Lewis-dinge
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Anchorage Neiborhood Health
U.S Air Force,

Shilee Kakaruk,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:25-CV-220-SLG
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

### B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Tamisha Lewis-dinge
(print your name)

who presently resides at 3148 Aldren Circle Anchorage At
(mailing address)
99517

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Anchorage Neighborhood health_ is a citizen of
_____(name)_____
_Alaska_ , and is employed as a _Doctors Office_ .
(state)                                    (defendant's government position/title)

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _U.S Air Force_ is a citizen of
_Alaska_ , and is employed as a _Office_ .
(state)                                    (defendant's government position/title)

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _Maxwell Oklahooho_ is a citizen of
_____(name)_____
_Alaska_ , and is employed as a _18 U.S.C § 3 - 4_ .
(state)                                    (defendant's government position/title)

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

<u>Claim 1</u>: On or about ___2016_____, my civil right to
(Date)
_Freedom_ _of_ _malpractice_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)
was violated by _Anchorage_ _Neighborhood_ _health_____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

I was taken here by someone
wanting to frame at the doctors
office, during a investagtion.

Yes this person used technology
(misconduct) to cause a stay
at the doctors office, and to
adinstray meds that are not
Needed by someone that
he knows at the doctors office
claiming delusional things with
image (phone) for hariassment and
uses deep fake audio technolog
to scream, and yell and say
delusional things. Then, uses camoflage
to hide and watch/cause
everything from own delusion

After robbing and beg and
pleading for delusional request

Delusional Request: Be baby, gike money,
like certain people, stay close, buy what
want
for self
audt ect.

Claim 2: On or about ___2016 -_____, my civil right to

Crule and Unsal Punsishment

(Date)

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by ___U. S   Air   Force___

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

This is Technology person mad
and creating own delusions up
for some unknown reason.

Has been planning on delusional
Flook technology invesgation
for certain request and being
rejected.

So blame of being sick

So can collect malpratice
ddphinistration, pay check.
department

<u>Claim 3</u>: On or about _____, my civil right to

(Date)

_____

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? ___✓___ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): _Tamisha Lewis - Junge_

Defendant(s): _U.S Air Force_

Name and location of court: _Nesbett Courthouse_

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: ___✓___ Dismissed _____ Appealed _____ Still pending

Issues Raised: _Dismisse national Footage_

b. <u>Lawsuit 2</u>:

Plaintiff(s): _Tamisha Lewis - Junge_

Defendant(s): _ANMC_

Name and location of court: _Nesbett Courthouse_

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: ___✓___ Dismissed _____ Appealed _____ Still pending

Issues Raised: _Dismissed National Footage_

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _20,000,000_

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 6 of 7

2. Punitive damages in the amount of $ _20,000,000_

3. An order requiring defendant(s) to _get rid of fake paperwork_ _return technology_

4. A declaration that_____

5. Other: _____

Plaintiff demands a trial by jury. __X__ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff
in the above action, that s/he has read the above civil rights complaint and
that the information contained in the complaint is true and correct.

Executed at _Anchorage , AK_ on _9/16/2025_
                 (Location)              (Date)

_____
(Plaintiff's Original Signature)


_____     _____
Original Signature of Attorney (if any)     (Date)


_____
_____
_____
Attorney's Address and Telephone Number